In the Matter of the Application of THOMAS J. DORSEY, Petitioner, for a Peremptory Order of Mandamus against S. HOWARD COHEN and Others, as and Constituting the Board of Elections of the City of New York, Respondents.*

Supreme Court, New York County, August 29, 1935.

*Thomas A. McGrath*, for the petitioner.

*Paul Windels, Corporation Counsel*, for the Board of Elections.

*Arthur G. Syran*, for James P. Ryan.

ROSENMAN, J. The provisions of section 135 of the Election Law, added by chapter 955 of the Laws of 1935, requiring a statement showing when and where the subscribing witness was last registered, is a substantial amendment. Its efficacy to prevent fraud is not a matter for the court's consideration. It must be complied with, along with other formal requirements of law. Non-compliance therewith justifies the action which the board of elections has taken. Motion denied. Settle order on one day's notice.

* Affd., 245 App. Div. 849; 268 N. Y. 620.